**PETER E. DUNKLEY, ESQ.**
Nevada Bar No.: 11110
**WOLFE & WYMAN LLP**
980 Kelly Johnson Drive, Suite 140
Las Vegas, NV  89119
Tel: (702) 476-0100
Fax: (702) 476-0101
pedunkley@wolfewyman.com

Attorneys for Defendant
**ALLIED HOME MORTGAGE CAPITAL CORPORATION**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRAN DONOVAN, an Individual; CRAIG A. MAYER, an Individual; et al.,<br><br>          Plaintiffs,<br>   v.<br><br>FLAMINGO PALMS VILLAS, LLC, a Nevada Limited liability company;  et al.,<br><br>          Defendants. | CASE NO.:   2:08-cv-01675-KJD-RJJ<br><br>**NOTICE OF CHANGE OF ATTORNEY INFORMATION** |

**TO: THE HONORABLE COURT, AND TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Rachel E. Donn, Esq. from the firm of Wolfe & Wyman is no longer counsel of record in the above-captioned matter and should be removed from all further notices.  The new attorney to be added and noticed of all further filings and hearings is as follows:

   Peter E. Dunkley (Nevada Bar No. 11110)
   pedunkley@wolfewyman.com

DATED: July 8, 2010                    WOLFE & WYMAN LLP

                                       By:  */s/ Peter E. Dunkley*
IST IS SO ORDERED.                          PETER E. DUNKLEY, ESQ.
                                            Nevada Bar No.: 11110
                                            980 Kelly Johnson Drive, Suite 140
                                            Las Vegas, NV  89119

_____
UNITED STATES MAGISTRATE JUDGE          Attorneys for Defendant
                                        **ALLIED HOME MORTGAGE CAPITAL**
DATE: JULY 8, 2010                      **CORPORATION**

H:\Matters\Allied Home Mortgage (1325)\008 (Donovan)\Pleadings\Notice Change Attorney.doc

---
1
**NOTICE OF CHANGE OF ATTORNEY**