UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| FRAN DONOVAN, etc., *et al.*, | ) | |
| Plaintiff, | ) | 2:08-cv-1675-RCJ-RJJ |
| vs. | ) | |
| FLAMINGO PALMS VILLAS, LLC, | ) | O R D E R |
| a Nevada Limited Liability Company, *et al.*, | ) | |
| Defendant, | ) | |

This matter is before the Court on a Motion to Withdraw as Attorney of Record For

Thornburg Mortgage Home Loans, Inc. (#423) and the Notice of Change of Attorney Information

(#425).

The Court having reviewed the Motion (#423) and the Notice (#425) and good cause

appearing therefore,

IT IS HEREBY ORDERED that on or before October 4, 2010, the parties shall file a

Substitution of Counsel pursuant to the rules.

DATED this 20<u>th</u> day of September, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge