**NOTC**
KENNETH P. HAZOURI, ESQ.
Florida Bar No. 0019800
**DEBEAUBIEN, KNIGHT, SIMMONS, MANTZARIS & NEAL, LLP**
332 North Magnolia Avenue
P.O Box 87
Orlando, Florida 32802-0087
Telephone (407) 422-2454
Fax (407) 849-1845
kph47@dbksmn.com

JASON M. WILEY, ESQ.
Nevada Bar No. 9274
**WOODS ERICKSON WHITAKER & MAURICE LLP**
1349 W. Galleria Drive Suite 200
Henderson, NV 89014
Telephone (702) 433-9696
Fax (702) 434-0615
jwiley@woodserickson.com

*Attorneys for Defendant, David Schwarz*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRAN DONOVAN, an individual, et al., | CASE NO. 2:08-CV-01675-RCJ-RJJ |
| Plaintiffs, | |
| vs. | **NOTICE OF APPEARANCE** |
| FLAMINGO PALMS VILLAS, LLC, a Nevada limited liability company, et al., | |
| Defendants. | |

/ / /

/ / /

1

1   COMES NOW, Defendant DAVID SCHWARZ, by and through his attorneys of record, and hereby provides notice to this Court that Jason M. Wiley, Esq., of the law firm Woods Erickson Whitaker & Maurice LLP, has been retained as co-counsel and will assist with Mr. Schwarz's defense in the instant litigation.

Respectfully submitted this __20th___ day of October 2010.

**IT IS SO ORDERED**

Dated: October 26, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

WOODS ERICKSON WHITAKER
& MAURICE LLP

By: _/s/ Jason M. Wiley_____
JASON M. WILEY, ESQ.
Nevada Bar No. 9274
1349 W. Galleria Drive, #200
Henderson, NV  89014
(702) 433-9696
***Attorney for Defendant David Schwarz***

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __20th_ day of October, 2010, I served a copy of the foregoing **NOTICE OF APPEARANCE** via the court's CM/ECF electronic filing system.

WOODS ERICKSON WHITAKER
& MAURICE LLP

By: _/s/ Jason M. Wiley_____
JASON M. WILEY, ESQ.
Nevada Bar No. 9274
1349 W. Galleria Drive, #200
Henderson, NV  89014
(702) 433-9696
***Attorney for Defendant David Schwarz***