BRENT CARSON, ESQ.
WINNER & CARSON
510 SOUTH EIGHTH STREET
LAS VEGAS, NEVADA  89101
P: (702) 471-1111
F: (702) 471-0110
Email: bac@whclvlaw.com

ALLEN HYMAN, ESQ. (CBN: 73371)
CHRISTINE COVERDALE, ESQ. (CBN: 195635)
LAW OFFICES OF ALLEN HYMAN
10737 Riverside Drive
North Hollywood, California  91602
P: (818) 763-6289 or (323) 877-3405
F: (818) 763-4676
Email: lawoffah@aol.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRAN DONOVAN, an Individual; et al., | CASE NO.: 2:08-CV-01675-RCJ-RJJ |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS ADIEL GOREL, DAN BEIT AND TRUDY HERRELL ONLY** |
| v. | |
| FLAMINGO PALMS VILLAS, LLC, a Nevada limited liability company; et al., | **[FRCP RULE 41(a)(1)(A)]** |
| Defendants. | |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A), plaintiffs dismiss all claims in the Third Amended Complaint against defendants: (1) Adiel Gorel, (2) Dan Beit, and (3) Trudy Herrell only, with prejudice.

                                          Respectfully submitted,

                                          LAW OFFICES OF ALLEN HYMAN

DATED: December 7, 2010      By:  /s/ Allen Hyman, Esq.
                                              Allen Hyman, Esq.
                                              Attorneys for Plaintiffs

S:\Shared Data\PC7\LV Cay Club\NTCDISMISS.AG.12710.wpd

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS ADIEL GOREL, DAN BEIT AND TRUDY HERRELL ONLY [FRCP RULE 41(a)(1)(A)]** with the Clerk of the Court for the United States District Court for the District of Nevada by using the Court's CM/ECF system on December 7, 2010.  I certify that all participants required to be served in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

Executed on December 7, 2010, at North Hollywood, California.

                                                  /s/ Allen Hyman, Esq.
                                                  Allen Hyman, Esq.