BRENT CARSON, ESQ.
WINNER & CARSON
510 SOUTH EIGHTH STREET
LAS VEGAS, NEVADA  89101
P: (702) 471-1111
F: (702) 471-0110
Email: bac@whclvlaw.com

ALLEN HYMAN, ESQ. (CBN: 73371)
CHRISTINE COVERDALE, ESQ. (CBN: 195635)
LAW OFFICES OF ALLEN HYMAN
10737 Riverside Drive
North Hollywood, California  91602
P: (818) 763-6289 or (323) 877-3405
F: (818) 763-4676
Email: lawoffah@aol.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRAN DONOVAN, an Individual; et al., <br><br> Plaintiffs, <br><br> v. <br><br> FLAMINGO PALMS VILLAS, LLC, a Nevada limited liability company; et al., <br><br> Defendants. | CASE NO.: 2:08-CV-01675-RCJ-RJJ <br><br> **NOTICE OF SETTLEMENT** <br><br> **(L.R.9019(a)(2)(B))** |

      Counsel for plaintiffs, Allen Hyman, respectively provides notice to this Court, that plaintiffs and defendant GMAC Mortgage LLC ("GMAC"), have entered into a settlement agreement ("SA") which resolves all matters in this proceeding between plaintiffs and GMAC.

      Counsel for plaintiffs, further advises the Court, that plaintiffs and GMAC will shortly be submitting to the Court a stipulation which will provides for entry of a proposed order which provides in part for the Court to retain jurisdiction to interpret

\\Nas\shared\Shared Data\PC7\LV Cay Club\NOTICE OF SETTLEMENT.12.29.10.wpd

1 and enforce the SA between the parties, and which proposed Order
2 will provide for a Rule 54(b) dismissal of defendant GMAC with
3 prejudice.

```
                                    Respectfully submitted,

                                    LAW OFFICES OF ALLEN HYMAN

DATED: December 29, 2010      By:    /s/ Allen Hyman, Esq.
                                    Allen Hyman, Esq.
                                    Attorneys for Plaintiffs
```

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **NOTICE OF SETTLEMENT (L.R. 9019(a)(2)(B))** with the Clerk of the Court for the United States District Court for the District of Nevada by using the Court's CM/ECF system on December 29, 2010. I certify that all participants required to be served in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

Executed on December 29, 2010, at North Hollywood, California.


        /s/ Allen Hyman
        Allen Hyman