**Colt B. Dodrill, Esq.**
**NV Bar No. 9000**
**WOLFE & WYMAN LLP**
**980 Kelly Johnson Drive, Suite 140**
**Las Vegas, NV  89119-3724**
**Tel: (702) 476-0100**
**Fax: (702) 476-0101**
**cbdodrill@wolfewyman.com**

Attorneys for Defendant
**ALLIED HOME MORTGAGE CAPITAL CORPORATION**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRAN DONOVAN, an Individual; CRAIG A. MAYER, an Individual; et al.,<br><br>        Plaintiffs,<br>   v.<br><br>FLAMINGO PALMS VILLAS, LLC, a Nevada Limited liability company;  et al.,<br><br>        Defendants. | CASE NO.:   2:08-cv-01675-RCJ-RJJ<br><br>**MOTION FOR REMOVAL FROM THE CM/ECF SYSTEM SERVICE LIST AND ORDER GRANTING MOTION** |

COMES NOW Defendant, ALLIED HOME MORTGAGE CAPITAL CORPORATION (hereinafter "Allied"), by and through counsel, Wolfe & Wyman, LLP, and hereby files this Motion to remove Colt B. Dodrill, Esq., Peter E. Dunkley, Esq. and Rachel E. Donn, Esq. from the CM/ECF System List in the above entitled matter.

The basis of this Motion is that Colt B. Dodrill, Esq., Bar No. 9000, counsel for Allied, has

///
///
///
///
///
///
///

been dismissed from this action; Peter E. Dunkley, Esq., Nevada Bar No. 11110 and Rachel E. Donn, Esq., Nevada Bar No. 10568, are no longer employed with Wolfe & Wyman, LLP, and, therefore, may be removed from the Service List.

DATED:   February 8, 2011                    WOLFE & WYMAN LLP

By: */s/ Colt B. Dodrill*
COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
980 Kelly Johnson Drive, Suite 140
Las Vegas, NV 89119

Attorneys for Defendant
**ALLIED HOME MORTGAGE CAPITAL, CORP.**

V:\Allied Home Mortgage (1325)\008 (Donovan)\Pleadings\Mot Remove Service List.doc

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  February 28, 2011

2
MOTION FOR REMOVAL FROM SERVICE LIST