James A. Kohl, Esq.
NV Bar No. 5692
**Howard & Howard Attorneys PLLC**
3800 Howard Hughes Pkwy., Ste. 1400
Las Vegas, NV 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
E-Mail Address: jak@h2law.com
Attorney for Flagstar Bank

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRAN DONOVAN, an Individual; et al., | Case No.: 2:08-CV-01675-RCJ-RJJ |
| Plaintiffs, | |
| v. | |
| FLAMINGO PALMS VILLAS, LLC, a Nevada limited liability company; et al., | |
| Defendants. | |

**MOTION FOR REMOVAL FROM THE CM/ECF SYSTEM SERVICE LIST AND ORDER GRANTING MOTION**

Defendant, Flagstar Bancorp, Inc. (hereinafter "FSB") by and through its undersigned attorney, James A. Kohl, Esq., of the law firm of Howard & Howard Attorneys PLLC hereby files this Motion to remove James A. Kohl, Esq. from the CM/ECF System List in the above entitled matter.

. . . .

. . . .

. . . .

. . . .

1752916                                Page 1 of 3

1  The basis of this Motion is that James A. Kohl, Esq., Bar No. 5692, counsel for Flagstar Bank, has been dismissed in this action.

Dated this 16th day of February, 2011.

**Howard & Howard Attorneys PLLC**
/s/ James A. Kohl, Esq.
James A. Kohl, Esq.
NV Bar No. 5692
3800 Howard Hughes Parkway, Suite 1400
Las Vegas, NV 89169
(702) 257-1483
jak@h2law.com

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: Feb. 28, 2011