1  CHRISTINE COVERDALE, ESQ. (CBN: 195635)
   E: ccoverdaleesq@aol.com
2  LAW OFFICES OF CHRISTINE COVERDALE
   5003 Westpark Drive, #104
3  North Hollywood, California  91601
   (818) 441-6363
4
   Attorneys for Plaintiffs,
5

6

7

8                   UNITED STATES DISTRICT COURT
9
                      DISTRICT OF NEVADA
10

11 FRAN DONOVAN, et al.,        )  Case No. 08-cv-1675-RCJ
                                )
12               Plaintiffs,    )  **NOTICE OF CHANGE OF ATTORNEY**
                                )  **INFORMATION**
13                              )
                                )
14       v.                     )
                                )
15                              )
   FLAMINGO PALMS VILLAS, et al., )
16                              )
                 Defendants.    )
17 _____ )

18        TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
19
          PLEASE TAKE NOTICE THAT Christine Coverdale, Esq.,
20
   respectfully requests the Clerk to remove Christine Coverdale,
21
   Esq., from this case as attorney of record for the plaintiffs, and
22
   to remove Christine Coverdale, Esq., from the CM/ECF service list,
23
   for all of the plaintiffs in this action.
24
          Christine Coverdale, Esq., is no longer with the firm,
25
   the Law Offices of Allen Hyman, who represents the plaintiffs in
26
   this action.
27

28 C:\Documents and Settings\Administrator\My Documents\NtcRemoval.lvcayclub.051211.wpd

1    There are attorneys from the Law Offices of Allen Hyman

2  who are currently counsel of record for the plaintiffs in this

3  case, and who continue to represent the plaintiffs in this action.

4

5                              Respectfully Submitted,

6                              LAW OFFICES OF CHRISTINE COVERDALE

7
   DATED: May 12, 2011       By:  /s/ Christine Coverdale, Esq.
8                                 CHRISTINE COVERDALE, ESQ.
                                  Attorneys for Plaintiffs
9

10

11

12

13

14                           IT IS SO ORDERED.

15                           _____
                             UNITED STATES MAGISTRATE JUDGE
16                           MAY 12, 2011

17

18

19

20

21

22

23

24

25

26

27

28
   C:\Documents and Settings\Administrator\My Documents\NtcRemoval.lvcayclub.051211.wpd  - 2 -