LAUREL I. HANDLEY (NV Bar #009576)
GREGG A. HUBLEY (NV Bar #007386)
PITE DUNCAN, LLP
701 Bridger Avenue, Suite 700
Las Vegas, NV 89101
Telephone: (702) 991-4628
Facsimile: (702) 685-6342
MAILING ADDRESS
P.O. Box 17935
San Diego, CA 92177-0935
Telephone: (858) 750-7600
Facsimile: (619) 326-2430
E-mail: Lhandley@piteduncan.com
E-mail: Ghubley@piteduncan.com

Attorneys for Defendant CITIMORTGAGE, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRAN DONOVAN, an Individual, et al., | Case No. 2:08-cv-01675-RCJ-RJJ |
| Plaintiffs, | **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |
| v. | |
| FLAMINGO PALMS VILLAS, LLC, a Nevada Corporation Limited liability company, et al., | |
| Defendants. | |

**NOTICE OF CHANGE OF ATTORNEY INFORMATION**

**TO:** **THE HONORABLE COURT; and**

**TO:** **ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD, if any.**

PLEASE TAKE NOTICE that Christina S. Bhirud, Esq., formally of PITE DUNCAN, LLP, is no longer counsel of record for Defendant CITIMORTGAGE, INC., in the above-captioned matter, and should be removed from all further notices.

/././

/././

/././

The new attorneys of record to be added and noticed of all further filings and hearings are as follows:

Gregg A. Hubley (Nevada Bar No. 7386)
ghubley@piteduncan.com

Laurel I. Handley (Nevada Bar No. 9576)
lhandley@piteduncan.com

DATED this ____ day of May, 2011.

PITE DUNCAN, LLP

LAUREL I. HANDLEY
GREGG A. HUBLEY
*Attorneys for Defendant* CITIMORTGAGE, INC.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATE: MAY 19, 2011