Jay Earl Smith, Esq.
Nevada Bar No. 1182
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel:  (702) 252-5002
Fax: (702) 252-5006
Email:  jes@slwlaw.com
         kw@slwlaw.com
and
LeAnn Pedersen Pope (*pro hac vice*)
Stephen R. Meinertzhagen (*pro hac vice*)
Shana A. Shifrin (*pro hac vice*)
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611
Tele:  (312) 840-7000
Fax:  (312) 840-7900
*Attorneys for Defendants*
*JPMorgan Chase Bank, N.A.*
*and EMC Mortgage LLC,*
*formerly EMC Mortgage Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Fran Donovan, et al., | ) CASE NO.      2:08-cv-01675-KFD-RJJ |
|                          Plaintiffs, | ) |
| | ) **[PROPOSED] ORDER GRANTING** |
| | ) **EMERGENCY MOTION TO COMPEL** |
| vs. | ) **PLAINTIFFS' RESPONSES TO** |
| | ) **DOCUMENT REQUESTS AND** |
| Flamingo Palms Villas, LLC, et al., | ) **INTERROGATORIES BY** |
| | ) **DEFENDANTS JPMORGAN CHASE** |
|                          Defendants. | ) **BANK, N.A. AND EMC MORTGAGE** |
| | ) **LLC** |

On November 8, 2011, at 10:00 a.m., the Emergency Motion to Compel Plaintiffs'

Responses to Document Requests and Interrogatories (the "Motion to Compel") filed by

1

Defendants JPMorgan Chase Bank, N.A. ("Chase") and EMC Mortgage LLC, formerly EMC Mortgage Corporation ("EMC") came before the Honorable Judge Robert C. Jones for hearing.

Upon considering the Motion to Compel, and all pleadings and papers on file herein, and having heard the arguments of appearing counsel, and there being no opposition to the Motion to Compel, and good cause appearing, the Court hereby enters its Order as follows:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Compel is granted in its entirety; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that on or before fifteen (15) days after entry and service of this Order, Plaintiffs shall provide complete and substantive responses to all written discovery served upon them by Chase and EMC; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Chase and EMC should be and are awarded their reasonable attorneys' fees and costs incurred in bringing the Motion to Compel, pursuant to Fed. R. Civ. P. 37(a)(5)(A), in the amount of $1,000.00 ____, without prejudice which shall be paid by Plaintiffs within fifteen (15) days of the entry and service of this Order; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the deadline for Chase and EMC to file any counterclaims, crossclaims or amended pleadings is hereby extended until thirty (30) days after Plaintiffs provide complete written discovery responses to Chase and EMC; and

. . .

. . .

. . .

. . .

2

1        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs are

2    admonished that any Plaintiff who fails to comply with this Order may be subject to further

3    sanction by the Court pursuant to Fed. R. Civ. P. 37(b)(2)(A), which may include, without

4    limitation, dismissal with prejudice of Plaintiffs' claims as asserted against Chase and EMC.

5
6                    IT IS SO ORDERED:

7
8                    _____

                UNITED STATES DISTRICT JUDGE

9                    DATED:_ 12-07-2011          _____

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28