UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRAN DONOVAN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>FLAMINGO PALMS VILLAS, LLC, et al.,<br><br>Defendants.<br><br>AND ALL RELATED CLAIMS. | Case No.: 2:08-CV-01675-RCJ-RJJ<br><br>**ORDER GRANTING JDI DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS, ADMISSIONS AND ANSWERS TO INTERROGATORIES FROM THE PLAINTIFFS (DKTS. 705 & 706)** |

BEFORE THE COURT is JDI Defendants' Motion to Compel Production of Documents, Admissions and Answers to Interrogatories from the Plaintiffs filed September 9, 2011 (Dkts. 705 and 706; the "Motion to Compel"). The Court has reviewed the Motion to Compel, Plaintiffs' Opposition (Dkt. 713) and JDI Defendants' Reply (Dkt. 717). Good cause appearing, it is hereby

ORDERED that the Motion to Compel is GRANTED. And it is further

ORDERED that on or before fifteen (15) days after entry and service of this Order:

(1) Each Plaintiff shall fully and completely answer JDI Defendants'

1  Interrogatory Nos. 1 through 17;

2      (2)    Each Plaintiff shall respond with "admit" or "deny" to JDI Defendants' Requests for Admission Nos. 36 through 226; and

    (3)    Each Plaintiff shall produce all documents responsive to JDI Defendants' Request for Production of Documents Nos. 1 through 30 and, in respect thereto, each Plaintiff shall identify documents by bates numbers that are responsive to each request (*i.e.*, it shall be an insufficient response to simply refer to all documents produced to date by Plaintiff). And it is further

ORDERED that JDI Defendants should be and are awarded their reasonable attorneys' fees and costs incurred in bringing the Motion to Compel pursuant to Fed. R. Civ. P. 37(a)(5)(A) and (d) in the amount of $ $1,000.00 without prejudice  which shall be paid by Plaintiffs within fifteen (15) days from the entry and service of this Order. And it is further

ORDERED that Plaintiffs are admonished that any Plaintiff who fails to comply with this Order may be subject to further sanction by the Court pursuant to Fed. R. Civ. P. 37(b)(2)(A) which may include, without limitation, the entry of default judgment in favor of JDI Defendants.

DATED and DONE this 7th day of December, 2011.

_____
U.S. DISTRICT COURT JUDGE

Respectfully submitted by:

LIONEL SAWYER & COLLINS

By:/s/Charles H. McCrea, Jr.
Charles H. McCrea, Jr. (NSB #104)
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

*Attorneys for Defendants JEFFREY AEDER,
KEVIN CONNOR, JDI LOANS, LLC and
JDI REALTY, LLC*