# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FRAN DONOVAN,

   Plaintiff,

vs.              2:08-cv-01675-RCJ-RJJ

FLAMINGO PALMS VILLAS, LLC et al.,  **ORDER**

   Defendants.

Several Defendants have asked the Court to certify for interlocutory review its May 31, 2011 order (ECF No. 662) denying a motion to quash and dismiss the Third Amended Complaint. This is a complex case, and the Court has already ruled on dozens of dispositive motions. Interlocutory review will not advance the final resolution of this litigation, even assuming substantial grounds for a difference of opinion on the controlling issues.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Certify (ECF No. 675) is DENIED and the Motion to Strike Response (ECF No. 692) is DENIED as moot.

IT IS SO ORDERED.

Dated this 19th day of December, 2011.

              _____
              ROBERT C. JONES
              United States District Judge