1

2

3

4

5

6                              **UNITED STATES DISTRICT COURT**

7                                    **DISTRICT OF NEVADA**

8

FRAN DONOVAN,                                    )
9                                                )
                             Plaintiff,          )
10                                               )        2:08-cv-01675-RCJ-RJJ
                      vs.                        )
11                                               )
FLAMINGO PALMS VILLAS, LLC et al.,               )        **ORDER**
12                                               )
                             Defendants.         )
13  _____       )

14          Several Defendants have asked the Court to certify for interlocutory review its May 31,

15  2011 order (ECF No. 662) denying a motion to quash and dismiss the Third Amended

16  Complaint.  This is a complex case, and the Court has already ruled on dozens of dispositive

17  motions.  Interlocutory review will not advance the final resolution of this litigation, even

18  assuming substantial grounds for a difference of opinion on the controlling issues.

19                                       **CONCLUSION**

20          IT IS HEREBY ORDERED that the Motion to Certify (ECF No. 675) is DENIED and

21  the Motion to Strike Response (ECF No. 692) is DENIED as moot.

22          IT IS SO ORDERED.

23  Dated this 19th day of December, 2011.

24          _____
                         ROBERT C. JONES
25                      United States District Judge