David Goettge, In Pro Per
4742 Cape May Ave.
San Diego, CA 92107
(510) 375-5623
Email: Goettge@yahoo.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRAN DONOVAN, et al.,<br>　　　Plaintiffs<br><br>vs.<br><br>FLAMINGO PALMS VILLAS, LLC,<br>et al.,<br>　　　Defendants. | CASE NO.: 2:08-cv-01675-RCJ-RJJ<br><br>**ORDER FOR<br>DISMISSAL WITH PREJUDICE<br>(DAVID GOETTGE)**<br>FRCP 41(a)(2) |

Plaintiff DAVID GOETTGE requests dismissal of his entire claim in these proceedings, with prejudice, all parties to bear their own fees and costs as to the claim of David Goettge.

ORDER

IT IS SO ORDERED.

*/s/ R. Jones*

ROBERT C. JONES
United States Chief Judge
Dated: March 12, 2012