# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| FRAN DONOVAN, et al., <br>     Plaintiffs <br><br> vs. <br><br> FLAMINGO PALMS VILLAS, LLC, et al., <br>     Defendants. | ) ) ) ) ) ) ) ) ) ) | **CASE NO.: 2:08-cv-01675-RCJ-RJJ** <br><br> **ORDER FOR** <br> **DISMISSAL WITH PREJUDICE** <br> **(DAVID GOETTGE)** <br> FRCP 41(a)(2) |

Plaintiff DAVID GOETTGE requests dismissal of his entire claim in these proceedings, with prejudice, all parties to bear their own fees and costs as to the claim of David Goettge.

ORDER

IT IS SO ORDERED.

_____
ROBERT C. JONES
Dated: April 9, 2012