```
 1  BRENT CARSON, ESQ.
    WINNER & CARSON
 2  510 South Eighth Street
    Las Vegas, Nevada  89101
 3  P:  (702) 471-1111
    F:  (702) 471-0110
 4  Email:  bac@winnercarson.com

 5  ALLEN HYMAN, ESQ. (CBN: 73371)
    LAW OFFICES OF ALLEN HYMAN
 6  10737 Riverside Drive
    North Hollywood, California 91602
 7  P: (818) 763-6289 or (323) 877-3405
    F: (818) 763-4676
 8  Email: lawoffah@aol.com

 9  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRAN DONOVAN, an Individual, et al., | CASE NO.: 2:08-CV-01675-RCJ-RJJ |
| Plaintiffs, | **ORDER** |
| v. | |
| FLAMINGO PALMS VILLAS, LLC, a Nevada limited liability company, et al., | |
| Defendants. | |

Upon good cause appearing, the Court Orders that:

Plaintiffs represented by counsel Allen Hyman and Brent Carson may have up to and including March 20, 2012 to respond to the following Motions:

(1) SUNVEST DEFENDANTS' MSJ, (#850);

(2) DAVID SCHWARZ's MSJ, (#851);

(3) STUMP STOREY's Motion to Dismiss, (#852);

(4) JDI PARTIES' MSJ, (#854);

      (5)    STUMP STOREY's MSJ, (#855);

      (6)    SUNTRUST, WELLS FARGO ASC MSJ (#887);

      (7)    COMMONWEALTH LAND TITLE's MSJ (#889); and

      (8)    COUNTRYWIDE and BANK OF AMERICA MSJ (#895 and #896).

Plaintiffs represented by counsel Allen Hyman and Brent Carson may also have up to March 12, 2012, to respond to COMMONWEALTH's February 6, 2012, Motion to Compel (#888).

Dated: May 11, 2012

_____
United States District Court Judge

Submitted by:

/s/ Allen Hyman, Esq.
Allen Hyman, Esq.
Attorney for Plaintiffs

\\Nas\shared\Shared Data\PC7\LV Cay Club\ORDER_MOT_EXT_TIME.wpd      2