UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| FRAN DONOVAN, etc., *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | 2:08-cv-1675-RCJ-RJJ |
| | ) | |
| vs. | ) | |
| | ) | |
| FLAMINGO PALMS VILLAS, LLC, a Nevada limited liability company, *et al.*, | ) | O R D E R |
| | ) | |
| Defendant, | ) | |

This matter was referred to the undersigned Magistrate Judge on Defendant Suntrust Mortgage, Inc.'s Emergency Motion to Strike Plaintiffs' Untimely Response and Opposition to Suntrust Mortgage, Inc., Wells Fargo Bank, N.A., and America's Servicing Company's Motion to Compel Discovery Responses and For Attorneys' Fees and Costs (#1030).

The Court having reviewed the Motion (#1030) and the file herein finds that Plaintiffs' failed to file a response to said motion. Local Rule 7-2(d) states in part: ". . . The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant Suntrust Mortgage, Inc.'s Emergency Motion to Strike Plaintiffs' Untimely Response and Opposition to Suntrust Mortgage, Inc., Wells Fargo Bank, N.A., and America's Servicing Company's Motion to Compel Discovery Responses and For Attorneys' Fees and Costs (#1030) is GRANTED.

1       IT IS FURTHER ORDERED that the Clerk shall strike Response and Opposition
2  (#1020).
3       DATED this   12th   day of June, 2012.

                                    _____
                                    ROBERT J. JOHNSTON
                                    United States Magistrate Judge