UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FRAN DONOVAN, etc., *et al.*,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FLAMINGO PALMS VILLAS, LLC,<br>a Nevada limited liability company,<br>*et al.*,<br><br>　　　　Defendant, | 2:08-cv-1675-RCJ-RJJ<br><br><br>O R D E R |

　　　This matter is before the Court on SunVest Defendants' Motion to Compel Plaintiffs' Discovery Responses and For Attorneys' Fees and Costs (#794) and Defendant Suntrust Mortgage, In., Wells Fargo Bank, N.A., and America's Servicing Company's Motion to Compel Discovery Responses and For Attorney's Fees and Costs (#827).

　　　The Court reviewed the Motions (#794 & #827), the Supplement (#833) the Responses (#819 & #836, #838), the Replies (#832 & #843), and Plaintiff's Statement (#845). Additionally, the Court held a hearing on the motions on February 1, 2012. Good cause appearing therefore,

　　　IT IS HEREBY ORDERED that SunVest Defendants' Motion to Compel Plaintiffs' Discovery Responses (#794) is **GRANTED**.

　　　IT IS FURTHER ORDERED that Defendant Suntrust Mortgage, In., Wells Fargo Bank, N.A., and America's Servicing Company's Motion to Compel Discovery Responses (#827) is **GRANTED**.

1        IT IS FURTHER ORDERED that **on or before June 20, 2012**, Plaintiffs shall respond to
2   discovery requests without objection or any claim of privilege.
3        IT IS FURTHER ORDERED that on or before June 20, 2012, Defendants' shall file an
4   affidavit of attorneys' fees and costs incurred in bringing the Motions to Compel (#794 and
5   #827).
6        IT IS FURTHER ORDERED that a response to said affidavits shall be filed on or before
7   June 27, 2012.
8        IT IS FURTHER ORDERED that a hearing is scheduled for June 29, 2012, at 1:30 P.M.
9   on the affidavit of attorney's fees and costs. The hearing will be held in courtroom 3D, 3d floor,
10  Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. S., Las Vegas, Nevada.
11       DATED this   12th   day of June, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge

- 2 -