TISHA R. BLACK-CHERNINE, ESQUIRE
Nevada State Bar No.: 05876
ANDRAS F. BABERO, ESQUIRE
Nevada State Bar No. 01658
10777 West Twain Avenue
Third Floor
Las Vegas, Nevada 89135
Telephone: (702) 869-8801
Facsimile: (702) 869-2669
**Attorneys for the Catagna Plaintiffs**

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

FRAN DONOVAN, an Individual,

et al.,

    Plaintiff,

vs.

Commonwealth Land title Insurance Company, et al,

    Defendants

Case No.: 2:08-CV-01675-RCJ-RJJ

**MOTION TO WITHDRAW NOTICE OF CONDITIONAL APPEARANCE**

    The law firm of Black & LoBello (hereinafter referred to as "Black & LoBello") hereby moves this Honorable Court to allow it to withdraw its Motion to Continue Discovery and Notice of Conditional Appearance Subject to Outcome of Motion to Continue (#967) on behalf of the Plaintiffs set forth below (hereinafter defined and collectively referred to as the "Castagna Plaintiffs").

    Discovery was scheduled to be cut-off by April 2012. No discovery had been promulgated by the Castagna Plaintiffs' former counsel. Thus, Black & LoBello

1  predicated its entry into the case on the Court granting an extension of discovery of 90
2  days. The Court declined to extend discovery. Moreover, the Calendar Call is set
3  presently set for July 30, 2012, with a jury trial set to begin August 7, 2012.

The Castagna Plaintiffs are as follows:

1. Jamie Castagna;
2. Chad Epeneter;
3. Kevin Forbes;
4. Heather Jennings;
5. Henry Jennings;
6. Craig Korotko;
7. Christine Korotko;
8. Gaurang Nanavati;
9. Mathew Phillips;
10. Mirjam Phillips;
11. Elizabeth Rickling;
12. Gary Rickling;
13. Sharon Stola; and
14. Sergio Cabanas.

///
///
///
////
///
///
///
///
///

WHEREFORE, Black & LoBello respectfully request this Court grant the Motion to Withdraw its Motion to Continue Discovery and Notice of Conditional Appearance Subject to Outcome of Motion to Continue (#967).

Dated: June 25, 2012

BLACK & LOBELLO

_____
TISHA R. BLACK-CHERNINE, ESQUIRE
Nevada State Bar No.: 05876
ANDRAS F. BABERO, ESQUIRE
Nevada State Bar No. 01658
10777 West Twain Avenue
Third Floor
Las Vegas, Nevada 89135
Telephone: (702) 869-8801
Facsimile: (702) 869-2669
**Attorneys for the Catagna Plaintiffs**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification on this 25th day of June, 2012.

_____
An employee of Black & LoBello

SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATE: JUNE 28, 2012