TISHA R. BLACK-CHERNINE, ESQUIRE
Nevada State Bar No.: 05876
ANDRAS F. BABERO, ESQUIRE
Nevada State Bar No. 01658
10777 West Twain Avenue
Third Floor
Las Vegas, Nevada 89135
Telephone: (702) 869-8801
Facsimile: (702) 869-2669
**Attorneys for the Catagna Plaintiffs**

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FRAN DONOVAN, an Individual, et al., <br><br> Plaintiff, <br><br> vs. <br><br> Commonwealth Land title Insurance Company, et al, <br><br> Defendants | Case No.: 2:08-CV-01675-RCJ-RJJ <br><br> MOTION TO WITHDRAW NOTICE OF CONDITIONAL APPEARANCE |

The law firm of Black & LoBello (hereinafter referred to as "Black & LoBello") hereby moves this Honorable Court to allow it to withdraw its Motion to Continue Discovery and Notice of Conditional Appearance Subject to Outcome of Motion to Continue (#967) on behalf of the Plaintiffs set forth below (hereinafter defined and collectively referred to as the "Castagna Plaintiffs").

Discovery was scheduled to be cut-off by April 2012. No discovery had been promulgated by the Castagna Plaintiffs' former counsel. Thus, Black & LoBello

predicated its entry into the case on the Court granting an extension of discovery of 90 days. The Court declined to extend discovery. Moreover, the Calendar Call is set presently set for July 30, 2012, with a jury trial set to begin August 7, 2012.

The Castagna Plaintiffs are as follows:

1. Jamie Castagna;
2. Chad Epeneter;
3. Kevin Forbes;
4. Heather Jennings;
5. Henry Jennings;
6. Craig Korotko;
7. Christine Korotko;
8. Gaurang Nanavati;
9. Mathew Phillips;
10. Mirjam Phillips;
11. Elizabeth Rickling;
12. Gary Rickling;
13. Sharon Stola; and
14. Sergio Cabanas.

///
///
///
////
///
///
///
///
///

WHEREFORE, Black & LoBello respectfully request this Court grant the Motion to Withdraw its Motion to Continue Discovery and Notice of Conditional Appearance Subject to Outcome of Motion to Continue (#967).

Dated: June 25, 2012

BLACK & LOBELLO

TISHA R. BLACK-CHERNINE, ESQUIRE
Nevada State Bar No.: 05876
ANDRAS F. BABERO, ESQUIRE
Nevada State Bar No. 01658
10777 West Twain Avenue
Third Floor
Las Vegas, Nevada 89135
Telephone: (702) 869-8801
Facsimile: (702) 869-2669
**Attorneys for the Catagna Plaintiffs**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification on this 25th day of June, 2012.

An employee of Black & LoBello

SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATE: JUNE 28, 2012