# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRAN DONOVAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:08-cv-01675-RCJ-RJJ |
| vs. ) | |
| ) | |
| FLAMINGO PALMS VILLAS, LLC et al., ) | **ORDER** |
| ) | |
| Defendants. ) | |

This case arises out of an alleged conspiracy to defraud investors in a condominium development. The Court previously granted a motion for discovery sanctions by Defendants JPMorgan Chase and EMC Mortgage. (*See* Order, ECF No. 829). Pending before the Court is those parties' proposed order granting related fees and costs. The Court recently determined that it would not assess fees and costs against Plaintiffs, as it is Plaintiffs' counsel who is to blame for any intransigence, and some of the underlying claims in the case may be meritorious.

**CONCLUSION**

IT IS HEREBY ORDERED that the Proposed Order (ECF No. 847) is REJECTED.

IT IS SO ORDERED.

Dated: This 9th day July, 2012.

_____
ROBERT C. JONES
United States District Judge