MTN
DANIEL NELL
KELLY NELL
5524 Bentz Rd
Spring Grove, PA 17362
Telephone (717) 465-8517

*Plaintiffs in Pro Se*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DANIEL NELL, an individual; KELLY NELL, ) Case No.: 2:08-CV-01675-RCJ-RJJ
an individual;                          )
                                        )
        Plaintiffs,                     )
                                        )
vs.                                     ) PRO SE PLAINTIFFS' MOTION TO
                                        ) DISMISS WITH PREJUDICE & PROPOSED
FLAMINGO PALMS VILLAS, LLC, a Nevada    ) ORDER GRANTING MOTION TO DISMISS
limited liability company, et al.,      )
                                        )
        Defendant.                      )

**COMES NOW Daniel and Kelly Nell**, in pro se, and hereby brings this Motion and Proposed Order before the court. This motion is made and based on the papers and pleadings on file with this court, the following memorandum of points and authorities and any oral argument this court may entertain at the time of hearing on this matter.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.**

**STATEMENT OF FACTS**

February 2009 – Retained Allen Hyman to assist us with being served foreclosure papers on our Cay Club property.

February 2009 thru April 2009 – Repeatedly attempted to get some of our questions answered from Mr. Hyman, but he was never available.

April 2009 - Talked to Christine from the law office of Allen Hyman. She informed me at that time that they would no longer accept any phone calls from me and all correspondence

1

was to be via email. Emailed Allen Hyman, as instructed by Christine in April 2009...Never received a reply.

April 2010 - Retained the law firm of Rosenfeld and Rinato.

April 2012 – Recently became apprised of the fact that we are named plaintiffs in this lawsuit despite repeated attempts to contact Mr. Hyman without success.

## II.
## ARGUMENT

The Nevada Rules of Civil Procedure provide that an action may be dismissed "upon order of the court and upon such terms and conditions as the court deems proper." NRCP 41(a)(2). **The plaintiffs Daniel and Kelly Nell (the "Nells"), hereby request that based on the statement of facts above, this court dismiss the Nells' claims against all defendants, *with prejudice* and each party bears their own attorneys' fees and costs.**

## III.
## CONCLUSION

For the foregoing reasons, the Nells request the court dismiss the Nells' complaint in its entirety, each party to bear their own costs and fees.

*Respectfully Submitted by:*

_____          _____
**Daniel Nell**                  **Kelly Nell**

## PROPOSED ORDER GRANTING PLAINTIFFS' DANIEL AND KELLY NELL'S MOTION TO DISMISS WITH PREJUDICE

The Court having reviewed Daniel and Kelly Nell's Motion to Dismiss With Prejudice, and good cause appearing:

**IT IS HEREBY ORDERED** Plaintiffs' Daniel and Kelly Nell's Motion to Dismiss with Prejudice is **GRANTED.**

**IT IS FURTHER ORDERED** That each party pay their own fees and costs.

Dated: This 20th day of July, 2012.

_____
DISTRICT COURT JUDGE

*Respectfully Submitted by:*

_____  _____
**Daniel Nell**                **Kelly Nell**

3