# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FRAN DONOVAN, an individual, *et al.*, | Case No.: 2:08-CV-01675-RCJ-RJJ |
| Plaintiffs, | |
| vs. | **MINUTE ORDER** |
| FLAMINGO PALMS VILLAS, LLC, a Nevada limited liability company, *et al.*, | September 17, 2012 |
| Defendants. | |

**MINUTE ORDER IN CHAMBERS:**

IT IS HEREBY ORDERED that Defendant, David Schwarz's Motion for Clerk's Judgment (ECF #1180) is GRANTED. The Clerk of the Court shall enter judgment.

**IT IS SO ORDERED** this 17th day of September, 2012.

ROBERT C. JONES
United States Chief District Judge