# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FRAN DONOVAN, *et al.,* | Case No.: 2:08-CV-01675-RCJ-RJJ |
| Plaintiffs, | |
| vs. | **MINUTE ORDER** |
| | September 17, 2012 |
| FLAMINGO PALMS VILLAS, LLC, *et al.,* | |
| Defendants. | |

**MINUTE ORDER IN CHAMBERS:**

　　IT IS HEREBY ORDERED that oral argument on (Docket 1130 & 1138) set for Monday, November 26, 2012, is VACATED.

　　The court will issue a written order on the pleadings.

　　**IT IS SO ORDERED** this 17th day of September, 2012.

_____
ROBERT C. JONES
United States Chief District Judge