# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FRANK DONOVAN *et al.*,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>FLAMINGO PALMS VILLAS, LLC, *et al.*,<br><br>　　　　Defendants. | Case No.: 2:08-CV-1675-RCJ-RJJ<br><br>**MINUTE ORDER REGARDING TRIAL** |

**MINUTE ORDER REGARDING TRIAL:**

　　1.　　This matter is presently scheduled for the trial calendar before the Honorable Robert C. Jones, United States Chief District Judge, at Las Vegas, Nevada, commencing **Monday, October 29, 2012 at 8:30AM in Las Vegas Courtroom 4B**.

　　2.　　**On or before Friday, September 28, 2012**, Counsel for all parties, and any party appearing pro se, shall comply with the following:

　　The parties shall file with the Court a set of **joint proposed jury instructions** upon which counsel have mutually agreed, together with a printed copy of each instruction annotated with the authority for each instruction. Any modifications of instructions from statutory authority, the Ninth Circuit Manual of Model Jury Instructions, or any other model instructions, must specifically state the modification made to the original source and the authority supporting the modification.

　　**IT IS SO ORDERED** this 25th day of September, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　　　　　　　　United States Chief District Judge