

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FRAN DONOVAN, et. al., ) CASE NO. 2:08-CV-1675-RCJ-RJJ
)
    Plaintiff(s), ) ORDER OF THE COURT
)
vs. )
)
)
FLAMINGO PALMS VILLAS,, )
LLC. et. al., )
    Defendant(s). )
_____)

The Court having ordered the jury impaneled in the above-entitled action to be kept together during the period of deliberation, now, therefore,

IT IS ORDERED that all meals for said jury shall be paid by the Clerk of the Court.

DATED this 6th day of November, 2012.

_____
ROBERT C. JONES
CHIEF UNITED STATES DISTRICT JUDGE