FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV - 7 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FRAN DONOVAN et al., | Case No. 2:08-CV-01675-RCJ-RJJ |
| Plaintiffs, | |
| vs. | **VERDICT FORM** |
| FLAMINGO PALMS VILLAS, LLC et al., | |
| Defendants. | |

WE THE JURY, having fully deliberated in this matter, have reached unanimous decisions concerning the Plaintiffs' claims against Commonwealth Land Title Insurance Company., as follows:

1a.  Did Commonwealth Land Title Insurance Company breach the Title Insurance Contract with respect to indemnification?

   Yes ✓          No _____

1b.  Did Commonwealth Land Title Insurance Company breach the Title Insurance Contract with respect to the duty to defend?

   Yes ✓          No _____

2.  Did Commonwealth Land Title Insurance Company breach its Escrow and Fiduciary Duty?

   Yes _____          No ✓

3. Did Commonwealth Land Title Insurance Company breach its duty of Good Faith and Fair Dealing with respect to the title insurance policies?

Yes _____   No __✓__

**If you answered "No" to questions 1, 2, and 3, have the Presiding Juror sign and date this Verdict Form. Otherwise, proceed to Question 4.**

4. What amount of damages did Commonwealth Land Title Insurance Company cause to the following Plaintiffs?

| Plaintiff | General Damages | Damages for Breach of Duty to Defend |
|---|---|---|
| Fran Donovan | $7,079 | 10,000 |
| Craig Mayer (3 units) | $29,927 | 10,000 |
| Ian J. Hutagalung | $7,548 | 10,000 |
| Kimball and Brendalee Pugmire (4 units) | $35,075 | 10,000 |
| Alexander Oraevsky | $5,406 | 5,000 |
| Juanita Causey | $5,406 | 5,000 |
| Timothy G. Klepeis | $12,937 | 10,000 |
| Shari Simon | $12,937 | 10,000 |
| Richard B. Storrs | $ N/A | N/A |
| Brad Nash (4 units) | $30,762 | 10,000 |
| Steve Hartman | $8,495 | 10,000 |
| Dan and Loretta Neil | $7,079 | 10,000 |
| David and Amy Newman | $7,213 | 10,000 |
| Michael W. Ballard | $9,461 | 10,000 |
| Valerie Minuti | $9,332 | 10,000 |
| Claude and Katherine Groves | $9,203 | 10,000 |

2

| | | | |
|---|---|---|---|
| 1 | Bruce Merkle (2 units) | $ 20,275 | 10,000 |
| 2 | Craig R. Wiese (3 units) | $ 29,797 | 10,000 |
| 3 | Jan M. Emter | $ 8,031 | 10,000 |
| 4 | Lanny W. Moore | $ 9,203 | 10,000 |
| 5 | Joseph M. Maxey | $ 7,207 | 10,000 |
| 6 | Gregory Fearon | $ 3,025 | 5,000 |
| 7 | Matthew Canfield | $ 3,025 | 5,000 |
| 8 | Gary and Jane Weston | $ 7,722 | 10,000 |
| 9 | Thad Evans | $ 7,079 | 10,000 |
| 10 | Kenneth E. Voelker | $ 9,461 | 10,000 |
| 11-12 | Thomas Buckley (3 units) TRB Holdings, LLC | $ 21,369 | 10,000 |
| 13 | Dan Rigoli (2 units) Palazzo D. Taormina, LLC | $ 15,960 | 10,000 |
| 14 | Rolando Parada (3 units) | $ 23,259 | 10,000 |
| 15 | Jeff Bradford | $ 12,293 | 10,000 |
| 16 | Mark J. Jedrzejas | $ 7,207 | 10,000 |
| 17 | Gary and Terry Mundy | $ 7,722 | 10,000 |

Dated this 7 day of November, 2012.