ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINA S. BHIRUD, ESQ.
Nevada Bar No. 11462
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: christina.bhirud@akerman.com

*Attorneys for defendants Countrywide Financial Corporation, Bank of America Corporation, and Impac Funding Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRAN DONOVAN, an individual, *et al.*,<br><br>                    Plaintiffs,<br><br>vs.<br><br>FLAMINGO PALMS VILLAS, LLC, a Nevada limited liability company, *et al.*,<br><br>                    Defendants. | Case No.: 2:08-cv-01675-RCJ-RJJ<br><br>ORDER<br><br>**MOTION FOR ENTRY OF CLERK'S JUDGMENT** |

Defendants Countrywide Financial Corporation and Bank of America Corporation request that the Clerk of Court enter judgment in their favor. On July 10, 2012, the Court entered an order [Dkt. 1094] granting Countrywide Financial Corporation and Bank of America Corporation's motion for summary judgment as to all claims against them [Dkt. 895]. At the same time, the Court issued decisions on numerous other summary judgment motions. *See* Dkt. 1094. Since then, the parties still participating in the lawsuit have gone to trial, and a has been jury verdict entered [Dkt. 1249].

Fed. R. Civ. 58(b)(1) states:

> Subject to Rule 54(b) and unless the court orders otherwise, the clerk must, without awaiting the court's direction, promptly prepare, sign, and enter the judgment when:
>
> (A) the jury returns a general verdict;
> (B) the court awards only costs or a sum certain; or
> (C) the court denies all relief.

The Court has adjudicated all active claims in this matter. It has also granted summary judgment in Countrywide Financial Corporation and Bank of America Corporation's favor. The Court should now direct the Clerk to enter a separate judgment in favor of Countrywide Financial Corporation and Bank of America Corporation.

Dated this 21st day of March, 2013.

ORDER

IT IS SO ORDERED this 17th day of May, 2013.

_____
ROBERT C. JONES
Chief Judge