# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| FRAN DONOVAN et al., | ) | |
| Plaintiffs, | ) | |
| | ) | 2:08-cv-01675-RCJ-NJK |
| vs. | ) | |
| | ) | |
| FLAMINGO PALMS VILLAS, LLC et al., | ) | **ORDER** |
| Defendants. | ) | |

This case arises out of an alleged conspiracy to defraud investors in a condominium development in Las Vegas. Three Defendants whose claims were previously dismissed or summarily adjudicated have asked the Court to direct the Clerk to enter judgment.

## CONCLUSION

IT IS HEREBY ORDERED that the Motions for Entry of Judgment (ECF Nos. 1280, 1281) are GRANTED. The Clerk shall enter judgment in favor of Wells Fargo Bank, N.A., EMC Mortgage Corp., and JP Morgan Chase Bank, N.A. on all claims and close the case.

IT IS SO ORDERED.

Dated this 9th day of July, 2013.

_____
ROBERT C. JONES
United States District Judge