ANDREW BAUM, ESQ.
Nevada Bar No.: 10854
abaum@glaserweil.com
FRED HEATHER, ESQ.
*Admitted Pro Hac Vice*
fheather@glaserweil.com
GLASER WEIL FINK JACOBS
HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Blvd.
Los Angeles, California 90067
Telephone:   (310) 553-3000
Facsimile:   (310) 556-2920

DOUGLAS GERRARD
Nevada Bar No.: 4613
dgerrard@gerrard-cox.com
GERRARD COX LARSEN
2450 St. Rose Parkway, Suite 200
Henderson, Nevada 89148
Telephone:   (720) 796-4000
Facsimile:   (310) 796-4848

*Attorneys for Defendant Commonwealth
Land Title Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRAN DONOVAN, et. al., | CASE NO.: 2:08-cv-01675-RCJ-RJJ |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| FLAMINGO PALMS VILLAS, LLC, et. al., | |
| Defendants. | |

  This action came to the Court for trial by Jury.  The issues have been tried and the Jury has rendered its verdict.

  It is ordered and adjudged that judgment on Plaintiffs' breach of contract claim with respect to indemnification and the duty to defend shall be entered in favor of Plaintiffs Fran Donovan, Craig

4

814134.1

1  Mayer, Ian J. Hutalung, Kimbal Pugmire and Brendalee Pugmire, Alexander Oraevsky, Juanita
2  Causey, Timothy G. Klepeis, Shari Simon, Brad Nash, Steve Hartman, Dan Neil and Loretta Neil,
3  David Newman and Amy Newman, Michael W. Ballard, Valerie Minuti, Claude Groves and
4  Katherine Groves, Bruce Merkle, Craig Wiese, Jan M. Emter, Lanny W. Moore, Joseph M. Maxey,
5  Gregory Fearon, Matthew Canfield, Gary Weston and Jane Weston, Thad Evans, Kenneth E.
6  Voelker, Thomas Buckley and TRB Holdings, LLC, Dan Rigoli and Palazzo D. Taormina, LLC,
7  Jeff Bradford, Mark J. Jedrzejas, and Gary Mundy and Terry Mundy against Defendant
8  Commonwealth Land Title Insurance Company in the total amount of six hundred eighty thousands
9  four hundred ninety-five dollars, inclusive of attorneys' fees and costs, plus post-judgment interest
10 at the Nevada legal rate per annum. The judgment is allocated per Plaintiff as set forth on Exhibit
11 A.
12        It is further ordered and adjudged that judgment on Plaintiffs' breach of fiduciary duty claim
13 and breach of duty of good faith and fair dealing claim shall be entered in favor of Defendant
14 Commonwealth Land Title Insurance Company against Plaintiffs Fran Donovan, Craig Mayer, Ian
15 J. Hutalung, Kimbal Pugmire and Brendalee Pugmire, Alexander Oraevsky, Juanita Causey,
16 Timothy G. Klepeis, Shari Simon, Brad Nash, Steve Hartman, Dan Neil and Loretta Neil, David
17 Newman and Amy Newman, Michael W. Ballard, Valerie Minuti, Claude Groves and Katherine
18 Groves, Bruce Merkle, Craig Wiese, Jan M. Emter, Lanny W. Moore, Joseph M. Maxey, Gregory
19 Fearon, Matthew Canfield, Gary Weston and Jane Weston, Thad Evans, Kenneth E. Voelker,
20 Thomas Buckley and TRB Holdings, LLC, Dan Rigoli and Palazzo D. Taormina, LLC, Jeff
21 Bradford, Mark J. Jedrzejas, and Gary Mundy and Terry Mundy, and that the above-named
22 Plaintiffs shall recover nothing from Defendant Commonwealth Land Title Insurance Company on
23 these claims.

LANCE S. WILSON
CLERK
*Lance S. Wilson* (signature)
(By) DEPUTY CLERK

September 17, 2013
DATE

814134.1

| | |
|---|---|
| DATED July 11, 2013. | Respectfully Submitted,<br><br>By: /s/ Andrew Baum<br>ANDREW BAUM, ESQ.<br>Nevada Bar No.: 10854<br>abaum@glaserweil.com<br>FRED HEATHER, ESQ.<br>*Admitted Pro Hac Vice*<br>fheather@glaserweil.com<br>10250 Constellation Blvd.<br>Los Angeles, California 90067<br>Telephone:   (310) 553-3000<br>Facsimile:   (310) 556-2920<br><br>DOUGLAS GERRARD<br>Nevada Bar No.: 4613<br>dgerrard@gerrard-cox.com<br>GERRARD COX LARSEN<br>2450 St. Rose Parkway, Suite 200<br>Henderson, Nevada 89148<br>Telephone:   (720) 796-4000<br>Facsimile:   (310) 796-4848<br><br>*Attorneys for Defendant*<br>*Commonwealth*<br>*Land Title Insurance Company* |

814134.1

6

## EXHIBIT A

|     | PLAINTIFF | GENERAL DAMAGES | DAMAGES FOR BREACH OF DUTY TO DEFEND |
|-----|-----------|-----------------|--------------------------------------|
| 1.  | Fran Donovan | $7,079 | $10,000 |
| 2.  | Craig Mayer | $29,927 | $10,000 |
| 3.  | Ian J. Hutagalung | $7,548 | $10,000 |
| 4.  | Kimball Pugmire & Brendalee Pugmire | $35,075 | $10,000 |
| 5.  | Alexander Oraevsky | $5,406 | $5,000 |
| 6.  | Juanita Causey | $5,406 | $5,000 |
| 7.  | Timothy G. Klepeis | $12,937 | $10,000 |
| 8.  | Shari Simon | $12,937 | $10,000 |
| 9.  | Brad Nash | $30,762 | $10,000 |
| 10. | Steve Hartman | $8,495 | $10,000 |
| 11. | Dan Neil & Loretta Neil | $7,079 | $10,000 |
| 12. | David Newman & Amy Newman | $7,213 | $10,000 |
| 13. | Michael W. Ballard | $9,461 | $10,000 |
| 14. | Valerie Minuti | $9,332 | $10,000 |
| 15. | Claude Groves & Katherine Groves | $9,203 | $10,000 |
| 16. | Bruce Merkle | $20,275 | $10,000 |
| 17. | Craig R. Wiese | $29,797 | $10,000 |
| 18. | Jan M. Emter | $8,031 | $10,000 |
| 19. | Lanny W. Moore | $9,203 | $10,000 |
| 20. | Joseph M. Maxey | $7,207 | $10,000 |
| 21. | Gregory Fearon | $3,025 | $5,000 |
| 22. | Matthew Canfield | $3,025 | $5,000 |
| 23. | Gary Weston & Jane Weston | $7,722 | $10,000 |
| 24. | Thad Evans | $7,079 | $10,000 |
| 25. | Kenneth E. Voelker | $9,461 | $10,000 |
| 26. | Thomas Buckley & TRB Holdings, LLC | $21,369 | $10,000 |
| 27. | Dan Rigoli & Palazzo D. Taormina, LLC | $15,960 | $10,000 |
| 28. | Rolando Parada | $23,259 | $10,000 |
| 29. | ~~Jeff Bradford~~ | ~~$12,293~~ | ~~$10,000~~ |
| 30. | Mark J. Jedrzejas | $7,207 | $10,000 |
| 31. | Gary Mundy & Terry Mundy | $7,722 | $10,000 |

7

814134.1