BRENT CARSON, ESQ.
WINNER & CARSON
510 South Eighth Street
Las Vegas, Nevada 89101
P: (702) 471-1111
F: (702) 471-0110
E: bac@whclvlaw.com

ALLEN HYMAN, ESQ. (CBN: 73371)
LAW OFFICES OF ALLEN HYMAN
10737 Riverside Drive
North Hollywood, California 91602
P: (818) 763-6289 or (323) 877-3405
F: (818) 763-4676
E: lawoffah@aol.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRAN DONOVAN et al., | Case No.: 2:08-cv-01675-RCJ-RJJ |
| Plaintiffs, | **SATISFACTION OF JUDGMENT** |
| vs. | |
| FLAMINGO PALMS VILLAS, LLC et al., | |
| Defendants. | |

## SATISFACTION OF JUDGMENT

FOR AND IN CONSIDERATION of the sum total of SIX HUNDRED EIGHTY-ONE THOUSAND SIX HUNDRED NINETY-NINE and 92/100 DOLLARS (**$681,699.92**), paid to the Law Offices of Allen Hyman, Esq., client trust account on behalf of the Plaintiffs herein (FRAN DONOVAN; CRAIG MAYER; IAN J. HUTAGALUNG; KIMBALL PUGMIRE & BRENDALEE PUGMIRE; ALEXANDER ORAEVSKY; JAUNITA CAUSEY; TIMOTHY G. KLEPEIS; SHARI SIMON; BRAD NASH; STEVE HARTMAN; DAN NEIL & LORETTA NEIL; DAVID NEWMAN & AMY NEWMAN; MICHAEL W. BALLARD; VALERIE MINUTI; CLAUDE GROVES & KATHERINE GROVES; BRUCE MERKLE; CRAIG R. WIESE; JAN M. EMTER; LANNY W. MOORE; JOSEPH M. MAXEY; GREGORY FEARON; MATTHEW CANFIELD; GARY WESTON & JANE WESTON; THAD EVANS; KENNETH

1  E. VOELKER; THOMAS BUCKLEY & TRB HOLDINGS, LLC; DAN RIGIOLI & PALAZZO
2  D. TAORIMA, LLC; ROLANDO PARADA; JEFF BRADFORD; MARK J. JEDRZEJAS;
3  GARY MUNDY & TERRY MUNDY) (collectively the "Plaintiffs") (each of which Plaintiffs
4  received the individual amounts more specifically set forth in **Exhibit "A"** attached hereto), by
5  Defendant COMMONWEALTH LAND TITLE INSURANCE COMPANY ("Commonwealth"),
6  the Plaintiffs now hereby, each and individually, through their attorney Allen Hyman, Esq.,
7  acknowledge FULL SATISFACTION of the Judgment entered in their favor against
8  Commonwealth on September 17, 2013 in the above matter.
9     The UNDERSIGNED counsel of record for the Plaintiffs does hereby, and on behalf of
10 the foregoing Plaintiffs, authorize the Clerk of the above Court to enter on the record said
11 Satisfaction of Judgment.
12    Dated this 29 day of January, 2015.

14 LAW OFFICES OF ALLEN HYMAN                WINNER & CARSON

17 Allen Hyman, Esq.                         Brent Carson, Esq.
   10737 Riverside Drive                    510 South Eighth Street
18 North Hollywood, California 91602         Las Vegas, Nevada 89101
   Attorneys for the Plaintiffs.            Attorneys for the Plaintiffs.

20 STATE OF CALIFORNIA     )                 STATE NEVADA          )
21                         )ss:                                    )ss:
   COUNTY OF LOS ANGELES   )                 COUNTY OF CLARK       )

23 Subscribed and sworn to before me         Subscribed and sworn to before me
   this ___ day of January, 2015.            this 26ᵗʰ day of January, 2015.

25 Notary Public in and for said             Notary Public in and for said
   County and State                          County and State

26 See attached
27 certificate

SUSAN M. A[...]
Notary Public, State of Nevada
Appointment No. 03-81035-1
My [...] Apr 9, 2015

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**   GOVERNMENT CODE § 8202

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1. ~~~~
2. ~~~~
3. ~~~~
4. ~~~~
5. ~~~~
6. ~~~~

_____    _____
Signature of Document Signer No. 1    Signature of Document Signer No. 2 (if any)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of LOS ANGELES

Subscribed and sworn to (or affirmed) before me on this 29TH day of JANUARY, 20 15,
by    Date    Month    Year
(1) ALLEN HYMAN
(and (2) _____ ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _Lisa Pillsbury_
Signature of Notary Public

LISA PILLSBURY LORD
Commission # 2071089
Notary Public - California
Los Angeles County
My Comm. Expires Jun 10, 2018

Seal
Place Notary Seal Above

———————————— OPTIONAL ————————————
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: SATISFACTION OF JUDGMENT    Document Date: 01/29/2015
Number of Pages: ____    Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5910

**EXHIBIT "A"**

FRAN DONOVAN et al. v. FLAMINGO PALMS VILLAS, LLC et al
Case No. 2:08-cv-01675-RCJ-RJJ

PAYOFFS - SATISFACTION OF JUDGMENT

| No. | Name | General | Defense | Total | Total Interest through January 25, 2015 | SUM TOTAL PAYOUT TO EACH PLAINTIFF |
|---|---|---|---|---|---|---|
| 1 | Fran Donovan | $7,079.00 | $10,000.00 | $17,079.00 | $30.24 | $17,109.24 |
| 2 | Craig Mayer | $29,927.00 | $10,000.00 | $39,927.00 | $70.70 | $39,997.70 |
| 3 | Ian J. Hutagalung | $7,548.00 | $10,000.00 | $17,548.00 | $31.07 | $17,579.07 |
| 4 | Kimball & Brendalee Pugmire | $35,075.00 | $10,000.00 | $45,075.00 | $79.81 | $45,154.81 |
| 5 | Alexander Oraevsky | $5,406.00 | $5,000.00 | $10,406.00 | $18.43 | $10,424.43 |
| 6 | Juanita Causey | $5,406.00 | $5,000.00 | $10,406.00 | $18.43 | $10,424.43 |
| 7 | Timothy G. Klepeis | $12,937.00 | $10,000.00 | $22,937.00 | $40.61 | $22,977.61 |
| 8 | Shari Simon | $12,937.00 | $10,000.00 | $22,937.00 | $40.61 | $22,977.61 |
| 9 | Brad Nash | $30,762.00 | $10,000.00 | $40,762.00 | $72.17 | $40,834.17 |
| 10 | Steve Hartman | $8,495.00 | $10,000.00 | $18,495.00 | $32.74 | $18,527.74 |
| 11 | Dan & Loretta Neil | $7,079.00 | $10,000.00 | $17,079.00 | $30.24 | $17,109.24 |
| 12 | David & Amy Newman | $7,213.00 | $10,000.00 | $17,213.00 | $30.48 | $17,243.48 |
| 13 | Michael W. Ballard | $9,461.00 | $10,000.00 | $19,461.00 | $34.46 | $19,495.46 |
| 14 | Valerie Minuti | $9,332.00 | $10,000.00 | $19,332.00 | $34.23 | $19,366.23 |

| 15 | Claude & Katherine Groves | $9,203.00 | $10,000.00 | $19,203.00 | $34.00 | $19,237.00 |
|---|---|---|---|---|---|---|
| 16 | Bruce Merkle | $20,275.00 | $10,000.00 | $30,275.00 | $53.61 | $30,328.61 |
| 17 | Craig R. Wiese | $29,797.00 | $10,000.00 | $39,797.00 | $70.47 | $39,867.47 |
| 18 | Jan M. Emter | $8,031.00 | $10,000.00 | $18,031.00 | $31.93 | $18,062.93 |
| 19 | Lanny W. Moore | $9,203.00 | $10,000.00 | $19,203.00 | $34.00 | $19,237.00 |
| 20 | Joseph M. Maxey | $7,207.00 | $10,000.00 | $17,207.00 | $30.47 | $17,237.47 |
| 21 | Gregory Fearon | $3,025.00 | $5,000.00 | $8,025.00 | $14.21 | $8,039.21 |
| 22 | Matthew Canfield | $3,025.00 | $5,000.00 | $8,025.00 | $14.21 | $8,039.21 |
| 23 | Gary & Jane Weston | $7,722.00 | $10,000.00 | $17,722.00 | $31.38 | $17,753.38 |
| 24 | Thad Evans | $7,079.00 | $10,000.00 | $17,079.00 | $30.24 | $17,109.24 |
| 25 | Kenneth E. Voelker | $9,461.00 | $10,000.00 | $19,461.00 | $34.46 | $19,495.54 |
| 26 | Thomas Buckley & TRB Holdings, LLC | $21,369.00 | $10,000.00 | $31,369.00 | $55.54 | $31,424.54 |
| 27 | Dan Rigoli & Palazzo D. Taormina, LLC | $15,960.00 | $10,000.00 | $25,960.00 | $45.97 | $26,005.97 |
| 28 | Rolando Parada | $23,259.00 | $10,000.00 | $33,259.00 | $58.89 | $33,317.89 |
| 29 | Jeff Bradford | $12,293.00 | $10,000.00 | $22,293.00 | $39.47 | $22,332.47 |
| 30 | Mark J. Jedrzejas | $7,207.00 | $10,000.00 | $17,207.00 | $30.47 | $17,237.47 |
| 31 | Gary & Terry Mundy | $7,722.00 | $10,000.00 | $17,722.00 | $31.38 | $17,753.38 |
|  |  |  |  |  |  | = **$681,699.92** |